1  EDWARD A. TREDER
2  State Bar No. 116307
   MASUMI J. PATEL
3  State Bar No. 233921
4  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
5  20955 Pathfinder Road, Suite 300
6  Diamond Bar, CA 91765
   (626) 915-5714 -- Phone
7  (626) 915-0289 -- Fax
8  File No. 20090015002404
9  Attorneys for Defendant NDeX WEST, LLC

10

11  UNITED STATES DISTRICT COURT

12  NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  MINERVA JULIAN a/k/a MINERVA JULIAN SHEARER, an individual, | CASE NO. 11-CV- 03931-LB |
| 15 | **STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS AND ORDER THEREON** |
| 16 | |
| 17  Plaintiff,     vs. | |
| 18  WELLS FARGO BANK, N.A., a California Corporation a/k/a WACHOVIA | Removal Date: August 10, 2011 Current Response Date: September 8, 2011 |
| 19  MORTGAGE, a division of WELLS FARGO BANK, N.A. and f/k/a | New Response Date: September 16, 2011 |
| 20  WACHOVIA MORTGAGE, FSB; | |
| 21  WACHOVIA MORTGAGE CORPORATION; NDEX WEST, LLC; | |
| 22  and DOES 1 through 20, inclusive, | |
| 23 | |
| 24 | |
| 25  Defendants. | |

26

27

28

1  **TO THE HONORABLE COURT, PLAINTIFF AND HER COUNSEL OF**

2  **RECORD:**

3      Plaintiff MINERVA JULIAN and Defendant NDeX WEST, LLC ("NDeX")

4  through their respective counsel of record, hereby stipulate to extend the date for

5  NDeX to file a Motion to Dismiss in response to Plaintiff's initial Complaint to and

6  including September 16, 2011. This Stipulation does not extend the time for more than

7  a cumulative total of thirty (30) days from the date the response initially would have

8  been due (*Id.*)

9

10                                      LAW OFFICES OF KENNETH R. GRAHAM

11

12  Dated: September 6, 2011        By:  */s/ Christine S. Louie*

13

14                                  CHRISTINE S. LOUIE, Attorneys for Plaintiff
                                    MINERVA JULIAN
15

16                                  BARRETT DAFFIN FRAPPIER TREDER &
                                    WEISS, LLP
17

18  Dated: September 6, 2011        By:     */s/ Masumi J. Patel*

19

20                                  MASUMI J. PATEL, Attorneys for Defendant
                                    NDeX WEST, LLC
21

22                                      **ORDER**

23      **IT IS HEREBY ORDERED** that Defendant NDeX WEST, LLC has an

24  extension of time to September 16, 2011, to file its Motion to Dismiss in response to

25  the Complaint in this matter.

26

27  DATED: September 9, 2011        _____

28                                  HON. LAUREL BEELER

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS