EDWARD A. TREDER
State Bar No. 116307
MASUMI J. PATEL
State Bar No. 233921
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20090015002404
Attorneys for Defendant NDeX WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MINERVA JULIAN a/k/a MINERVA JULIAN SHEARER, an individual,<br><br>Plaintiff,   vs.<br><br>WELLS FARGO BANK, N.A., a California Corporation a/k/a WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. and f/k/a WACHOVIA MORTGAGE, FSB; WACHOVIA MORTGAGE CORPORATION; NDEX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 11-CV- 03931-LB<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS AND ORDER THEREON**<br><br>Removal Date: August 10, 2011<br>Current Response Date: September 8, 2011<br>New Response Date: September 16, 2011 |

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS
-1-

TO THE HONORABLE COURT, PLAINTIFF AND HER COUNSEL OF RECORD:

Plaintiff MINERVA JULIAN and Defendant NDeX WEST, LLC ("NDeX") through their respective counsel of record, hereby stipulate to extend the date for NDeX to file a Motion to Dismiss in response to Plaintiff's initial Complaint to and including September 16, 2011. This Stipulation does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due (*Id.*)

LAW OFFICES OF KENNETH R. GRAHAM

Dated: September 6, 2011   By:   /s/ *Christine S. Louie*

CHRISTINE S. LOUIE, Attorneys for Plaintiff MINERVA JULIAN

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

Dated: September 6, 2011   By:   /s/ *Masumi J. Patel*

MASUMI J. PATEL, Attorneys for Defendant NDeX WEST, LLC

## ORDER

**IT IS HEREBY ORDERED** that Defendant NDeX WEST, LLC has an extension of time to September 16, 2011, to file its Motion to Dismiss in response to the Complaint in this matter.

DATED: September 9, 2011

HON. LAUREL BEELER