EDWARD A. TREDER
State Bar No. 116307
MASUMI J. PATEL
State Bar No. 233921
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
(626) 915-5714 – Phone
(626) 915-0289 – Fax
File No. 20090015002404
Attorneys for Defendant NDeX WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MINERVA JULIA a/k/a MINERVA JULIAN SHEARER, an individual,<br><br>Plaintiff,    vs.<br><br>WELLS FARGO BANK, N.A., a California Corporation a/k/a WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. and f/k/a WACHOVIA MORTGAGE, FSB; WACHOVIA MORTGAGE CORPORATION; NDEX WEST, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 11-CV- 03931-LB<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS AND ORDER THEREON**<br><br>Removal Date: August 10, 2011<br>Current Response Date: September 16, 2011<br>New Response Date: September 30, 2011 |

STIPULATION TO EXTEND TIME TO FILE MOTION TO DISMISS
-1-

TO THE HONORABLE COURT, PLAINTIFF AND HER COUNSEL OF RECORD:

WHEREAS, Plaintiff Minerva Julian ("Plaintiff") and defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (erroneously named as "Wells Fargo Bank, N.A., a California corporation" and "Wachovia Mortgage Corporation") ("Wells Fargo") have reached an agreement, in principal, to settle this matter.

WHEREAS, counsel have drafted and exchanged settlement documents, however, such documents have yet to be executed by all parties thereto.

WHEREAS, Plaintiff and Wells Fargo expect to have the settlement documents fully executed and the matter resolved within two weeks.

WHEREAS, Plaintiff has agreed to dismiss NDeX once a resolution is reached with Wells Fargo.

WHEREAS, all parties previously stipulated to a single 30-day extension of time to allow Wells Fargo and NDeX to respond to the Complaint. That extension expires on September 16, 2011. THEREFORE, Plaintiff and NDeX agree to extend the time in which NDeX is required to respond to the complaint for an additional 14 days until September 30, 2011.

LAW OFFICES OF KENNETH R. GRAHAM

Dated: September 16, 2011

By: /s/ Christine S. Louie

CHRISTINE S. LOUIE, Attorneys for Plaintiff
MINERVA JULIAN

1
2          BARRETT DAFFIN FRAPPIER TREDER &
           WEISS, LLP
3
4  Dated: September 16, 2011     By:     /s/ *Masumi J. Patel*

5                                        MASUMI J. PATEL, Attorneys for Defendant
6                                        NDeX WEST, LLC

7
8
9
                              **ORDER**
10
       **IT IS HEREBY ORDERED** that Defendant NDeX WEST, LLC has an
11
   extension of time to September 30, 2011, to file its Motion to Dismiss in response to
12
   the Complaint in this matter.
13
14 DATED: September 21, 2011
                                         _____
15                                       HON. LAUREL BEELER
16
17
18
19
20
21
22
23
24
25
26
27
28